# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2010

Marilyn Kelly,
Chief Justice

141065

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PETER K. TIERNAN, M.D.,
　　　　　Plaintiff-Appellee,

v

SC: 141065
COA: 278975
Wayne CC: 02-227087-NM

EDGAR DIETRICH,
　　　　　Defendant-Appellant,
and

DIETRICH & ASSOCIATES, P.L.L.C.,
DIETRICH & CASSAVAUGH, P.C., NOTRE
DAME LAW ASSOCIATES, MARSHALL
FOGELSON, ROBERT A. KUHR, ROBERT A.
KUHR, P.L.L.C., KRYSTAL ABBOTT, and
KRYSTAL ABBOTT, P.C.,
　　　　　Defendants.

_____/

　　　　　On order of the Court, the application for leave to appeal the March 31, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2010

Clerk